## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Mary Leigh

    Plaintiff,

v.

AvanteUSA

    Defendant.

CASE NO.: 3:07-cv-00676

JUDGE: John C Shabaz

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:____/s/ Jeffrey S. Hyslip____
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    20 West Kinzie; Suite 1300
    Chicago, IL 60611
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com

Approved
Barbara B. Crabb
3/17/08